# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 64

In the Interest of S.R., a child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| S.R., a Child, D.C.B., Father, | Respondents |
| and | |
| T.R., Mother, | Respondent and Appellant |

## No. 20200214

In the Interest of W.R., a child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| W.R., a Child, D.C.B., Father, | Respondents |
| and | |
| T.R., Mother, | Respondent and Appellant |

## No. 20200215

Appeals from the Juvenile Court of Morton County, South Central Judicial District, the Honorable John W. Grinsteiner, Judge.

AFFRMED.

Per Curiam.

Chase R. Lingle, Assistant State's Attorney, Mandan, ND, for petitioner and appellee.

Ashley K. Schell, Williston, ND, for respondent and appellant.

**Interest of S.R. & W.R.**
**Nos. 20200214 & 20200215**

**Per Curiam.**

[¶1]   T.R. appeals from the findings of fact and orders of permanency issued by a judicial referee on July 15, 2020, which found the deprivation of T.R.'s children would continue if they were to be returned to the parental home, and ordered the children remain in the custody of Three Rivers Human Service Zone. On July 24, 2020, after T.R. requested review, the juvenile court adopted the judicial referee's findings and upheld the orders of permanency. On appeal, T.R. argues the judicial referee's orders concluding her children would continue to be deprived were not supported by clear and convincing evidence.

[¶2]   Upon review of the juvenile court's orders, we conclude the findings are supported by clear and convincing evidence and, therefore, are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶3]   Jon J. Jensen, C.J.
         Gerald W. VandeWalle
         Daniel J. Crothers
         Lisa Fair McEvers
         Jerod E. Tufte